UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JALEESA DAVIS and DEANDRE EVANS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Cause No.: 1:20-cv-123 |
| WILDWOOD INVESTMENT PROPERTIES, LLC and BRAD PEPPLE, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Come now the parties and stipulate to the dismissal of the above-entitled cause of action, with prejudice, costs paid.


/s/ Christopher E. Clark_____
Christopher E. Clark
GOODIN ABERNATHY, LLP
301 East 38th Street
Indianapolis, IN 46205
cclark@goodinabernathy.com

*Attorneys for Plaintiffs, Jaleesa
Davis and Deandre Evans*

/s/ Scott E. Andres_____
Scott E. Andres, Attorney No. 25261-49
DUE DOYLE FANNING & ALDERFER LLP
8440 Allison Pointe Boulevard, Suite 350
Indianapolis, IN   46250
sandres@duedoyle.com

*Attorney for Defendants, Wildwood
Investment Properties, LLC and Brad
Pepple*